IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARAMOUNT PICTURES
CORPORATION, et al.,

    Plaintiffs,                          2:06-cv-1057-GEB-EFB

   vs.

KRISTY POWELL,

    Defendant.                        <u>ORDER</u>

_____/

        Plaintiff's motion for entry of default judgment was submitted for decision without oral argument pursuant to Local Rule 78-230(h). The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(19) and 28 U.S.C. § 636(b)(1).

        On April 27, 2007, the magistrate judge filed findings and recommendations herein which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

////

1

1. The Findings and Recommendations filed April 27, 2007, are adopted in full;

2. Plaintiffs' application for entry of default judgment is granted;

3. Plaintiffs are awarded statutory damages in the amount of $6,000, and $3,087.43 in attorney's fees and costs;

4. A permanent injunction is granted against defendant as follows:

Defendant shall be enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in "Mr. and Mrs. Smith" and "The SpongeBob Square Pants Movie"; and any other motion picture, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate of Plaintiffs) ("Plaintiffs' Motion Pictures"), including without limitation by using the Internet to reproduce (i.e., download) any of Plaintiffs' Motion Pictures, to distribute (i.e., upload) any of Plaintiffs' Motion Pictures, or to make any of Plaintiffs' Motion Pictures available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Motion Pictures that Defendant has downloaded onto any computer hard drive or server without the Plaintiffs' authorization and shall destroy all copies of those downloaded motion pictures transferred onto any physical medium or device in Defendants' possession, custody, or control.; and,

5. The Clerk is directed to close this case.

Dated:  May 25, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge